IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL SHUBIN,

    Plaintiff,

v.

REEDSPORT POLICE OFFICER A. GARDNER, in his individual capacity; REEDSPORT POLICE OFFICER JON HOLDER, in his individual capacity; REEDSPORT POLICE OFFICER RYAN FAUVER, in his individual capacity,

    Defendants.

Case No. 6:15-cv-00289-MC

VERDICT FORM

We, the jury, being first duly empaneled and sworn in the above-entitled cause, do unanimously find as follows:

*Fourth Amendment Claim for Unreasonable Arrest*

1. Did plaintiff Michael Shubin prove by a preponderance of the evidence that defendants named below violated his Fourth Amendment constitutional rights by arresting him without probable cause on March 17, 2013?

    Officer Aaron Gardner:    Yes _____

                                        No   X

    Officer Jon Holder:      Yes _____

                                        No   X

*Fourth Amendment Claim for Excessive Force*

2. Did plaintiff Michael Shubin prove by a preponderance of the evidence that his Fourth Amendment rights were violated by Ryan Fauver on January 20, 2014 by being subjected to excessive force that was a cause of injury to him?

    Yes _____

    No   X

1 – VERDICT

If your answer to Questions 1 and 2 is "no," do not answer any more questions. Your foreperson should sign and date this verdict form.

If you answered "yes" to either Question 1 or 2 for any defendant, proceed to Question 3.

*Damages*

3. What are plaintiff's damages?

   $_____ Noneconomic

   $_____ Economic

If you did not award plaintiff any damages, but you answered "yes" to Questions 1 or 2, then you must award him nominal damages. Please enter the amount up to $1.00 in the space provided below.

   $_____ Nominal Damages


Your foreperson should sign and date this Verdict.
DATED this ____4____ day of May, 2016.


JURY FOREPERSON

2 – VERDICT