```
UNITED STATES DISTRICT COURT
     DISTRICT OF OREGON
```

MICHAEL SHUBIN,

                Plaintiff,

        v.                                         Case No.  6:15-CV-00298-MC

REEDSPORT POLICE OFFICER A. GARDNER,            JURY NOTES
in his individual capacity; REEDSPORT POLICE
OFFICER JON HOLDER, in his individual
capacity; REEDSPORT POLICE OFFICER
RYAN FAUVER, in his individual capacity,

                Defendants.

| | | |
|---|---|---|
| Judge: | MICHAEL J. McSHANE | |
| Counsel for Plaintiff: | Sean J. Riddell | Counsel for Defendant Gerald L. Warren |
| Courtroom Deputy: | Charlene Pew | |
| Court Reporter: | Kristi Anderson | |
| Dates of Trial: | 5/2/2016, 5/3/2016 | |

4 May 2016

We have a verdict

5/4/16

- Is it common to try a DUI/reckless driving case before an ALJ?
- If not, why was this case heard by an ALJ?
- Why was the case (were the charges) dropped or dismissed?

May 4, 2016

Why did you have to go get new license?
  Why not get replacement?
  Expired license?

Why was DUI & reckless driving dismissed/dropped?

When & why were you diagnosed with PTSD? meds for it?
What are your triggers?

Were you retired medical from law enforcement from Calif.

5/3/16

Did they say when
he was diagnosed with
vertigo?

3 May 2016

Mr. Gardner was tapping the end of the pen during the HGN test. Can the test be compromised if an individuals eyes do not reach maximum deviation?